ACCEPTED
03-13-00817-CV
4891756
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 9:06:19 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00817-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 9:06:19 AM
JEFFREY D. KYLE
Clerk

SETON FAMILY OF HOSPITALS D/B/A SETON MEDICAL CENTER,

Appellant,

v.

BEVERLY J. HAYWOOD,

Appellee.

ON INTERLOCUTORY APPEAL FROM
THE 250TH JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS

APPELLANT'S NOTICE OF CHANGE OF ADDRESS

Comes Now, Appellant Seton Family of Hospitals d/b/a Seton Medical Center and presents this Notice of Change of Address.

1. Appellant Seton Family of Hospitals d/b/a Seton Medical Center, and respectfully requests that this Court and Appellee take notice that the address for Appellant's counsel in this matter has changed. Appellant respectfully requests that this Court, Appellee, and the Clerk

make a notation in their records that all further communication, notices and pleadings should be directed to:

Emily J. Davenport
Reed, Claymon, Meeker & Hargett, P.C.
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
(512) 660-5960 telephone
(512) 660-5979 facsimile
edavenport@rcmhlaw.com

Respectfully submitted,

**REED, CLAYMON, MEEKER & HARGETT, P.C.**

By   /s/  Emily J. Davenport

Emily J. Davenport
State Bar No. 24012501
Robert L. Hargett
State Bar No. 08996550
Janice M. Byington
State Bar No. 24006938
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
(512) 660-5960 telephone
(512) 660-5979 facsimile
edavenport@rcmhlaw.com
rhargett@rcmhlaw.com
jbyington@rcmhlaw.com

**ATTORNEYS FOR APPELLANT
SETON FAMILY OF HOSPITALS
D/B/A SETON MEDICAL CENTER**

## CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been filed electronically and delivered via electronically and via facsimile to the following counsel of record on this 15th day of April, 2015:

Robert C. Alden
Byrd, Davis Furman & Alden, LLP
707 West 34th St.
Austin, Texas 78705

/s/  Emily J. Davenport
Emily J. Davenport